**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

FLOYD WILLIAMS

                                                                    PLAINTIFF


V.                          NO. 3:10CV00134 WRW/JTR


MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                DEFENDANT


## ORDER

Plaintiff's Unopposed Motion for Extension of Time (docket entry #11) is

granted.

IT IS SO ORDERED this 15th day of October, 2010.


_____
UNITED STATES MAGISTRATE JUDGE