## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

FLOYD CARL WILLIAMS                                                    PLAINTIFF

V.                              NO. 3:10CV00134 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED this 29th day of August, 2011.

_____
UNITED STATES MAGISTRATE JUDGE